UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

------------------------------ X

RICHARD WEBBER, as Special Administrator of the Estate of SARA J. SCHMIDT,

        Plaintiff,

-against-

ARMSLIST, LLC and JONATHAN GIBBON,

        Defendants.

------------------------------ X

Case No. 1:20-cv-01526 (WCG)

## **PLAINTIFF RICHARD WEBBER'S MOTION TO TRANSFER VENUE**

COMES NOW, Plaintiff Richard Webber, by and through his undersigned counsel, and hereby moves the Court to transfer this matter from the U.S. District Court for the Eastern District of Wisconsin to the U.S. District Court in the Western District of Pennsylvania (Pittsburgh, PA). The grounds for the Motion to Transfer Venue are set forth in Plaintiff's attached Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Plaintiff respectfully requests that this Court grant its Motion to Transfer Venue.

Dated: January 29, 2021

        **CANNON & DUNPHY, S.C.**

        By:/s/ Patrick O. Dunphy
        Patrick O. Dunphy
        (State Bar No. 1036964)
        pdunphy@c-dlaw.com

595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
(262) 796-3702

**BRADY**
Jonathan E. Lowy
840 First Street NE
Suite 400
Washington, DC 20005
(202) 202-370-8100

**BLANK ROME LLP**
John D. Kimball
Martin S. Krezalek
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000

*Attorneys for Plaintiff RICHARD WEBBER as administratrix of the ESTATE OF SARA J. SCHMIDT*