UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RICHARD WEBBER, as Special Administrator of the Estate of SARA J. SCHMIDT,

    Plaintiff,

v.

ARMSLIST, LLC and JONATHAN GIBBON,

    Defendants.

Case No. 1:20-cv-01526 (WCG)

---

### NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION

---

**PLEASE TAKE NOTICE** the business and contact information for Defendants' counsel of record, Timothy L. Moore, has changed following Mr. Moore's departure from FisherBroyles, LLP:

    Timothy L. Moore
    Law Offices of Timothy L. Moore
    811 Mason Street
    San Francisco, California 94108
    T: 619-678-1588 / 724-518-5289
    F: 619-275-7479
    Email: tim@tlmoorelawoffices.com

This 7th day of October, 2021.

/s/Timothy L. Moore
Timothy L. Moore, Esq.
*Admitted pro hac vice*
*Attorney for Armslist, LLC and Jonathan Gibbon*
LAW OFFICES OF TIMOTHY L. MOORE
811 Mason Street
San Francisco, CA 94108
T: (619) 678-1588
F: (619) 275-7479
tim@tlmoorelawoffices.com

1