# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RICHARD WEBBER,
as Special Administrator of the
Estate of Sara J. Schmidt,

       Plaintiff,                             Case No.: 20-C-1526

      v.

ARMSLIST LLC and
JONATHON GIBBON,

       Defendants.

## NOTICE OF APPEAL

Please take notice that Plaintiff, Richard Webber, as Special Administrator of the Estate of Sara J. Schmidt, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Decision and Order Granting Defendants' Motion to Dismiss (document 25) entered in this action on November 9, 2021, and the Judgment dismissing the action (document 27) entered on November 10, 2021.

Dated: November 23, 2021

                                                  Respectfully submitted,

                                                  **BLANK ROME, LLP**

                                                  /s/ John Kimball
                                                  John D. Kimball
                                                  1271 Avenue of the Americas
                                                  New York, NY 10020
                                                  (212)885-5000
                                                  jkimball@blankrome.com
                                                  *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, John Kimball , an attorney, hereby certify that I caused a true and correct copy of the instant **Notice of Appeal** to be served upon all counsel of record using the Court's CM/ECF electronic filing system on this 23rd day of November, 2021.

/s/ John Kimball